Susquehanna Collieries Company *v.* Unemployment Compensation Board of Review, Appellant.

Argued January 22, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, BARNES and PATTERSON, JJ.

*Charles R. Davis,* Special Deputy Attorney General, for appellant.

*Henry A. Gordon,* for appellee.

PER CURIAM, March 25, 1940:
The order of the Superior Court is affirmed on Judge PARKER'S opinion. Costs to be paid by appellant.